

### 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In the interest of Z.C.I. and
I.V.I., children,

No. 11-17-00274-CV

\* From the 106th District Court
of Dawson County,
Trial Court No. 16-05-19804.

\* March 28, 2018

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.